UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-81611 |
| | ) | |
| DANIEL GATELY | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER OF DISMISSAL

THIS MATTER coming before the Court on the Motion to Dismiss filed on 8/27/2019 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case be and the same is hereby dismissed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  September 05, 2019

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368